L. R. POWELL, JR., and HENRY W. ANDERSON, as Receivers of SEABOARD AIR LINE RAILWAY COMPANY, Plaintiffs in Error, v. ANTONIO RODRIGUEZ, a Minor, by His Next Friend, G. Larussa, Defendant in Error.

200 So. 700
Opinion Filed October 31, 1939
Rehearing Denied November 28, 1939

*Knight & Thompson, P. O. Knight, Jr.,* and *John Bell,* for Plaintiffs in Error.

*Hampton, Bull & Crom,* for Defendant in error.

PER CURIAM.—In this cause Mr. Chief Justice TERRELL and Mr. Justice WHITFIELD and Mr. Justice THOMAS are of the opinion that the judgment of the circuit court should be reversed while Mr. Justice BROWN, Mr. Justice BUFORD and Mr. Justice CHAPMAN are of the opinion that the judgment should be affirmed. When the members of the Surpeme Court, sitting six members in a body and after full consultation, it appears that the members of the Court are permanently and equally divided in opinion as to whether the said judgment should be affirmed or reversed, and there is no prospect of an immediate change in the personnel of the Court, the decree should be affirmed; therefore it is considered, ordered and adjudged under the authority of State *ex rel.* Hampton v. McClung, 47 Fla. 224, 37 So. R. 51, that the judgment of the Circuit Court in this cause be and the same is hereby affirmed.

Affirmed.

TERRELL, C. J., WHITFIELD, P. J., BUFORD, CHAPMAN, and THOMAS, J. J., concur.